

HOME    + PRODUCTS    FIND A DEALER    UPCOMING SHOWS    CATALOG    REVIEWS
CONTACT US

SCOPES    LASERS    SIGHTS    BINOCULARS    ACCESSORIES    BORESIGHTS









### BULLET DROP COMPENSATORS - TACTICAL

Bullet Drop Compensators (BDC) are simply target style elevation turrets on a rifle scope which are calibrated in yards rather that the standard MOA (or ¼ MOA clicks).

• TA .223 BDC

• TA 7.62x39 BDC

• TA .308 BDC

• TA .30-06 BDC

### BULLET DROP COMPENSATORS - COMPACT

Bullet Drop Compensators (BDC) are simply target style elevation turrets on a rifle scope which are calibrated in yards rather that the standard MOA (or ¼ MOA clicks).

• CP .223 BDC

• CP 7.62x39 BDC

• CP .308 BDC

• CP .30-06 BDC

### 1 AND 2 POINT TATICAL SLING

Osprey CBT Bungee 1 or 2 Point Sling converts from two point to single point. This Osprey Gun Sling has dual high strength bungee construction and features HK snap hook adapter covered with elastic cover and side-quick release buckle.

### GRIP PODS

The Osprey Bi-pod weapon grip is a bi pod with metal inserts. Also included is a rail for easy attachment for Tac lights or lasers.

Available in tan, black or green.









### PISTOL MOUNT

### BARREL RINGS 480

### BARREL RINGS 484

### CARRY HANDLE MOUNT









### RISERS

### SUNSHADE

Constructed from the highest quality material, Osprey Global Signature Series Sunshade for

### TACTICAL FLASHLIGHT

Q3 CREE, 120 lumens

### BORESIGHT POUCH

Osprey zippered pouch is perfect to hold all your various bore sights.

EXHIBIT T



HOME  + PRODUCTS  FIND A DEALER  UPCOMING SHOWS  CATALOG  REVIEWS  CONTACT US

WARRANTY  ABOUT OSPREY  CONTACT



### BULLET DROP COMPENSATOR TACTICAL

Bullet Drop Compensators (BDC) are simply target style elevation turrets on a rifle scope which are calibrated in yards rather that the standard MOA (or ¼ MOA clicks).

• TA .223 BDC

• TA 7.62x39 BDC

• TA .308 BDC

• TA .30-06 BDC

Bullet Drop Compensators (BDC) are simply target style elevation turrets on a rifle scope which are calibrated in yards rather that the standard MOA (or ¼ MOA clicks).

• CP .223 BDC

• CP 7.62x39 BDC

• CP .308 BDC

• CP .30-06 BDC

Sling converts from two point to single point. This Osprey Gun Sling has dual high strength bungee construction and features HK snap hook adapter covered with elastic cover and side-quick release buckle.

### GRIP PODS

The Osprey Bi-pod weapon grip is a bi pod with metal inserts. Also included is a rail for easy attachment for Tac lights or lasers.

Available in tan, black or green.






PISTOL MOUNT

BARREL RINGS 480

BARREL RINGS 484

CARRY HANDLE MOUNT






RISERS

SUNSHADE

Constructed from the highest quality material, Osprey Global Signature Series Sunshade for

TACTICAL FLASHLIGHT

Q3 CREE, 120 lumens

BORESIGHT POUCH

Osprey zippered pouch is perfect to hold all your various bore sights.

EXHIBIT T



HOME  + PRODUCTS  FIND A DEALER  UPCOMING SHOWS  CATALOG  REVIEWS  CONTACT US

WARRANTY  ABOUT OSPREY  CONTACT