

# OSPREY GLOBAL

## THE PROOF IS IN THE GLASS

CLEAR

RUGGED

PRECISE

# INTRODUCTION



Osprey, a leader in the weapon accessory industry for over 20 years, concentrates on cutting-edge, niche products that are innovative in design and performance for our discerning customer base. Our entire product line also carries a full, no nonsense, no fault lifetime warranty. Our chamberable boresight system has been tested in Iraq and Afghanistan and approved for use by the US Military for the sniper accessory kits. It is simply the best boresight system in the world.

Over the past decade we have introduced our Osprey rifle scope line, which we painstakingly developed over many years. Below are some of the points which separate Osprey from all the others. Our rifle scope line is assembled in the ONLY US owned and managed facility in China where we utilize Chinese labor but not Chinese components. For example, the lenses used in our tactical scope family are from Hoya of Japan, and we import 3M and Loctite two part epoxies and hermetic grease from the United States for all bonding applications. 100% of the units are inspected for fog-proofing and water-proofing, and every scope is tested and warranted for shock to 50 BMG parameters (1000g/0.4-0.8ms). Each scope is also spin-centered for balance and possesses fully, multi-coated glass lenses throughout with glass-etched reticles.

Our scopes have now reached sales of over 500,000 plus units and in devoid of being bias we feel it is the best scope dollar for dollar ever available. Albeit we may seem to be making some bold and pretentious statements, but we feel anyone who purchases our scopes will agree.

We will also work to continue improving our many other key products including but not limited to green lasers, tactical lights, red lasers, and the many other items we have provided in years past.

**Keith Oliver**
*CEO*

## Table of Contents

Reticle Patterns........................3

Scope Vernacular.....................4

Sight Overview.........................5

Compact Scopes....................7

Tactical Scopes.......................9

Elite Scopes...........................10

Standard Scopes..................11

First Focal Plane...................14

Pistol Scopes........................15

Crossbow.............................15

Reflex Sights.........................16

Lasers...................................18

Lights....................................19

Binoculars............................20

Accessories..........................22

Boresights............................24

Night Vision..........................26

Warranty...............................27

Testimonials.........................28

Retail Location......................32





To our valued current and future customers,

We are excited to present our newest product line for 2017. As a former NFL player, and first round draft pick for the Baltimore Colts in 1977, I've always understood the importance of bringing your best to the game; I believe with this product line, we have.

Osprey Global is constantly striving to develop the most innovative and cutting edge products in the industry. Our mission is to provide the highest quality accessories at an affordable price; and to provide the best warranty and customer service you will find anywhere.

Client satisfaction both in repurchase and referring others to our products has been the impetus for our astounding growth since we began in 1995.  As always, customers will be at the center of our thinking as we continue to create and innovate new products that will surprise and thrill both the new and the seasoned outdoorsman (and woman!).

Feedback from you remains an invaluable tool for product improvement and new product development. It is the main reason you will see Keith and I attending shows all over the country. I always look forward  to seeing old friends and new ones as we travel. Please stop to say hello when you see us at the show.

Warmest Regards,

**Randy Burke**
*President*

# RETICLE PATTERNS



- Built in only US owned and managed facility in China
- Chinese labor is utilized, but no major Chinese components
- US made 3M or loctite epoxy used in all bonding applications
- Imported hermetic grease is used for superior waterproof and fog proof performance
- Recoil tested at 50 BMG parameters (1000g/0.4-0.8 ms)
- Waterproof tested at 25 cm/40 degrees C for three minutes
- Fog-proof tested at 20 degrees C for thirty minutes and removed to ambient (Each scope must completely clear in 2 minutes)
- Each scope is spin centered for balance before leaving the factory
- No nonsense lifetime warranty / three business day repair or replacement
- Optical lenses from Hoya of Japan*
- 100% of all units are inspected to ensure quality
- Each scope is equipped with air-to-glass surfaces and are fully multi-coated*
- Inside each body tube is specially treated with anti-reflective paint and light stops to reduce internal reflections*

**Mildot (MD)**





**Rangefinder (RF)**

*\* Economy models excluded*



**1**   **Objective Lens -** Front lens denoted by the last number in the scope description (i.e. 3-9x42 means the diameter of the front lens is 42 mm)

**2**   **Variable Magnification -** The "power" of the scope denoted by the first series of numbers in the scope description. The power will bring an object in closer (i.e. 3-9x42 means the scope has a "variable" power from 3 to 9.

**3**   **Windage Adjustment -** The turret on this side of the scope will adjust the reticle from left and right allowing for wind conditions.

**4**   **Elevation Adjustment -** The turret on top of the scope will adjust the reticle up and down allowing for bullet droppage.

**5**   **Ocular Lens -** The viewing lens of the scope closet to the eye. The ring of the ocular lens adjust the clarity of the reticle.

**6**   **Parallax Adjustment -** Usually only necessary on scopes with power ranges higher than 12. It is located on the left side of the Osprey scope adjacent to the windage/elevation knobs. This allows for focusing at higher magnifications.

**7**   **Illumination Control -** The illumination knob is available in 3 colors (red, green and blue)

**8**   **Exit Eye Pupil -** The larger the exit pupil the brighter the image

# OSPREY GLOBAL
## SIGHT OVERVIEW



## MILDOT SIGHT

A mildot reticle is named for the dots and spaces it is composed of. The space between the dots is one milliradian, or "mil" for short. A mil is a unit of angular measurement, like degrees or minutes of angle. It represents one unit of angular width for every 1,000 units of distance. This arrangement is very useful for determining the distance of objects of a known size.

If the size of an object is known, its distance can be calculated as follows. Measure the object with the reticle, counting how many mil sections it covers. Dividing the size of the object by the number of mils and multiplying by 1000 can now calculate the object's distance. (object size/quantity of mils) x 1000 = distance

Note that the unit of measurement used for object size and the calculated distance will be the same. That is, if the object size is in yards, the calculated distance will also be in yards; if size is in meters, distance will be in meters. Example: An object has a height of 2 yards. With the reticle, this object is measured and found that it covers exactly 5 mils. (2/5) x 1000 = 400 yards or if the same object is measured in meters: (1.83/5) x 1000 = 366 meters

### TRAJECTORY & DEFLECTION

To accurately engage a target at a distance greater than sight-in, requires that the trajectory of the specific load being used is well understood. This is available from ammunition suppliers, derived from external ballistic software, or determined by actual use. In the above example, an object's distance was determined to be 400 yards. If zeroed at 100 yards, a specific load may drop by 25.6 inches at that distance. The value of one mil at 100 yards is slightly greater than 3.6 inches. (This equates to 7.2 inches at 200 yards, 14.4 inches at 400 yards, and so on.) Knowing this, it can be calculated that a little less than 2 mils of up elevation is needed. The reticle can then be used as a "hold over" guide to quickly engage the 400 yard target. If susceptibility to wind drift is known for the load being used, the dots on the horizontal axis can be used in a similar fashion as references to compensate for wind deflection or lead in the case of a moving target.

Ideally, adjustments for distance and deflection should be made with the windage and elevation knobs. But the mildot reticle is a useful quick aiming reference.



## RANGEFINDING OVERVIEW

The rangefinder reticle is designed to enhance the long range accuracy and ranging capabilities of the average shooter. The range finder reticle has two separate parts; the first part is the aiming reticle, while the second half is a "choke style" range estimator. The hash marks in the center part of the reticle are spaced in 5 MOA increments from one another. This is used to quickly determine the size of larger objects, as well as be used for bullet drop compensation for long range targets. (1 MOA is equal to 1 inch at 100 yards, thus 5 MOA is equal to 5 inches at 100 yards)

The rangefinding "choke" in the lower portion of the reticle is a pair of curved lines that taper down. The "choke" has a series of horizontal lines that correspond to a specific range in yards. This "choke" is calibrated for the average sized human shoulder width of 18 inches. You will be able to estimate the distance of a human silhouette or any other 18 inch wide target.

To utilize the "choke" reticle, you will need to bracket the edges of the target between the tapering choke lines. (ill. 1)

After bracketing the target in the choke, count the number of lines down the choke to determine the target distance. The top line is equal to 100 yards with each line below being further in 25 yard increments. (ill. 2)

The "choke" lines are not intended to be used as a ballistic reticle. This portion of the reticle is only intended for the range estimation of an 18 inch target. After "ranging" your target, make the appropriate adjustments to the Bullet Drop Compensator (BDC) if equipped on your scope, or adjust your scope's elevation to compensate for the bullet drop at the determined range.

**Illustration 1**



**Illustration 2**



# COMPACT SCOPES





## COMPACT IRF / MDG 3-9x42

Osprey compact rifle scopes insure the quickest acquisition of your target, perfect for close quarters with industry's best eye relief (includes dust covers and rings).

**BDC:**
308/243, 223, 7.62X39, 30-06/25-06/270WIN



### Scope Highlights: Compact 3-9x42

- *Assembled in only US owned and managed facility in China*
- *Imported Japanese Hoya Glass*
- *Imported 3M epoxy and hermetic grease from the United States*
- *Completely waterproof*
- *Completely fog-proof (each unit is "purged" prior to nitrogen injection)*

- *Shock-resistant to 50 BMG parameters*
- *Illuminated reticles with gradual brightness controls*
- *Spin centered for balance*
- *Anti-reflective paint applied and light stops added to reduce reflections and provide high-contrast image*
- *Lifetime Warranty*





## COMPACT 4x32 MDG
This Osprey scope has a fiber optic front iron site paired with adjustable rear site, perfect for the upfront and close type shot.



## 1-4x24 MDG
The perfect scope for the AR platform, offering max accuracy and reliability to master every situation (includes dust covers and rings).



## 1-6x24 MDG
The Osprey 1x6 will give you a sight picture that is incredibly bright, clear, and precise (includes dust covers and rings).



## 2.5-10X40 MDG WITH 5MW GREEN LASER
This scope offers a 2.5-10x magnification. Designed for targeting close to midrange. Includes a green laser allowing you to zero in on your target. Also includes dust covers and pressure pad.

|  | Compact IRF / MDG 3-9x42 | Compact 4x32 MDG | 1-4x24 MDG | 1-6x24 MDG | 2.5-10x40 MDG |
|---|---|---|---|---|---|
| Length: | 8.87 inches | 5.5 inches | 10.72 inches | 10.02 inches | 7.92 inches |
| Finish: | Rubber molded/matte black | Matte black | Matte black | Matte black | Matte black |
| Weight: | 17.6 ounces | 15.9 ounces | 17.3 ounces | 16.7 ounces | 19.23 ounces |
| Battery: | CR2032 | CR2032 | CR2032 | CR2032 | CR2032 & CR2 |
| Tube: | 30mm | 30mm | 30mm | 30mm | 1 inch |
| Illumination: | Red, blue, green | Red, blue, green | Red, blue, green | Red, blue, green | Red, green |
| Objective: | 42 mm | 32 mm | 24 mm | 24 mm | 40 mm |
| Reticle: | Rangefinder / Mildot | Mildot | Mildot | Mildot | Mildot |
| Eye Relief: | 8.85"- 4.91" | 4.72" | 7.87"-4.72" | 7.09"- 3.74" | 4.72"-3.13" |
| MOA: | 1/2" | 1/2" | 1/4" | 1/4" | 1/4" |
| Magnification: | 3-9 | 4 Fixed | 1-4 | 1-6 | 2.5-10 |

## TACTICAL SCOPES











### TACTICAL 4-16x50 IRF / MDG

Engineered for peak results. Get your eyes on your target first with undeniable accuracy. We use fully multi-coated Hoya glass with audible turret clicks.

*BDC available / 3 & 5 inch sun shades*

### TACTICAL 6-24x50 IRF / MDG

America's premier rifle scope at everybody's price point. If you hunt or target shoot this scopes versatility is your go to scope. We use a 30mm tube to ensure you get the much needed light for the dusk or dawn hunts.

*BDC available / 3 & 5 inch sun shades*

### TACTICAL 10-40x50 IRF / MDG

Designed for long range shooting with a generous eye relief. Epoxy is used on all Osprey tactical scopes to ensure they handle the larger caliber rifles. Be ready for your next hunt or competition with this exceptional scope.

*BDC available / 3 & 5 inch sun shades*



### TACTICAL 5-30x56 MDG

This scope will meet your demands for extreme hunting scenarios. Osprey's top-tiered Hoya glass and pinpoint accuracy reticle is built to exceed your expectations.

|  | Tactical 4-16x50 IRF / MDG | Tactical 6-24x50 IRF / MDG | Tactical 10-40x50 IRF / MDG | Tactical 5-30x56 MDG |
|---|---|---|---|---|
| Length: | 13.82 inches | 15.16 inches | 16.48 inches | 14.625 inches |
| Finish: | Matte black | Matte black | Matte black | Matte black |
| Weight: | 23.4 ounces | 28.7 ounces | 31.2 ounces | 27.8 ounces |
| Battery: | CR2032 | CR2032 | CR2032 | CR2032 |
| Tube: | 30 mm | 30 mm | 30 mm | 30 mm |
| Illumination: | Red, blue, green | Red, blue, green | Red, blue, green | Red, blue, green |
| Objective: | 50 mm | 50 mm | 50 mm | 56 mm |
| Reticle: | Rangefinder / Mildot | Rangefinder / Mildot | Rangefinder / Mildot | Mildot |
| Eye Relief: | 5.9"-3.14" | 5.51"-3.14" | 4.72"-3.13" | 7.09"-3.54" |
| MOA: | 1/8" | 1/8" | 1/8" | 1/4" |
| Magnification: | 4-16 | 6-24 | 10-40 | 5-30 |



## ELITE SCOPES



### ES4-16X56 MDG

Longest eye-relief of any scope in its class, quick acquisition, Hoya glass in all settings, 56 mm objective lens, three color lit reticle, rings and flip up covers included.



### ES8-32X56 MDG

Great eye-relief, quick acquisition, Hoya glass, 56 mm objective lens, three color reticle, rings and flip up covers included.



|  | Elite ES4-16X56MDG | Elite ES8-32X56MDG |
|---|---|---|
| Magnification: | 4-16 | 8-32 |
| Objective: | 56 mm | 56 mm |
| Tube Diameter: | 30 mm | 30 mm |
| Field of View(feet at 100yds): | 26.3-6.6 | 12.1-3.1 |
| Parallax (yards): | 10yds-∞ | 10yds-∞ |
| Reticle: | Mildot | Mildot |
| Exit Pupil: | 13.3 mm-4.4 mm | 7 mm-1.75 mm |
| Eye Relief: | 7.09"-3.54" | 6.30"-3.35" |
| Length: | 12.6" | 14.9" |
| Weight: | 27.2 ounces | 26.8 ounces |
| Finish: | Black Matte | Black Matte |
| MOA: | 1/4" | 1/8" |
| Elevation/Windage Adjustment: | ±35" | ±25" |
| Diopter Adjustment: | ±3" | ±3" |





### 3-9x40 MD

Ultra sleek one inch tube is perfect for the person on a budget. This scope gives you a big bang for the buck (includes dust covers and rings).



### 3-9x40 MDG

Same great scope as the MD but with an illuminated three color mildot reticle with brightness controls (includes dust covers and rings).



### 3-12x44 MDG

The 3-12x44 gives you an unparalleled eye relief. Perfect for the quick shot getting you on target quickly and accurately (includes dust covers and rings).

|                | 3-9x40 MD    | 3-9x40 MDG        | 3-12x44 MDG  |
|----------------|--------------|-------------------|--------------|
| Length:        | 13.3 inches  | 13.3 inches       | 11.9 inches  |
| Finish:        | Matte black  | Matte black       | Matte black  |
| Weight:        | 16.2 ounces  | 17.6 ounces       | 21.8 ounces  |
| Battery:       | CR2032       | CR2032            | CR2032       |
| Tube:          | 1 inch       | 1 inch            | 30 mm        |
| Illumination:  | None         | Red, blue, green  | None         |
| Objective:     | 40 mm        | 40 mm             | 44 mm        |
| Reticle:       | Mildot       | Mildot            | Mildot       |
| Eye Relief:    | 5.51"-3.14"  | 5.51"-3.14"       | 7.6"-4.5"    |
| MOA:           | 1/4"         | 1/4"              | 1/4"         |
| Magnification: | 3-9          | 3-9               | 3-12         |



## CLEAR-RUGGED-PRECISE



**PHOTO COMING SOON**

### SDS3-9X40S

Same great scope as our SD3-9X40MD but in a silver finish. Rings and dust covers included.

### SDS3-9X40MDG

Same great scope as our SD3-9X40MDG but in a silver finish. Rings and dust covers included.



### SD2.5X20DP

Great shot gun or 22 long rifle scope, 2.5 magnification, light weight and priced with budgets in mind.

| | SDS3-9X40S | SDS3-9X40MDG | SD2.5X20DP |
|---|---|---|---|
| Length: | 13.3 inches | 13.3 inches | 7.4 inches |
| Finish: | Silver | Silver | Matte black |
| Weight: | 16.2 ounces | 17.64 ounces | 8.50 ounces |
| Battery: | CR2032 | CR2032 | None |
| Tube: | 1 inch | 1 inch | 1 inch |
| Illumination: | None | Red, blue, green | None |
| Objective: | 40 mm | 40 mm | 20 mm |
| Reticle: | Sniper | Mildot | Duplex |
| Eye Relief: | 5.51"-3.14" | 5.51"-3.14" | 6.3" |
| MOA: | 1/4" | 1/4" | 1/2" |
| Magnification: | 3-9 | 3-9 | 2.5 |





### SD4X32MD

Four power mil-dot scope c/w rings and covers, great for those wanting an inexpensive yet extremely reliable scope.



### SD6X42MOA

Six power magnification, Japanese Glass, great durable hunting scope, MOA reticle, covers and rings included.

|  | **SD4X32MD** | **SD6X42MOA** |
|---|---|---|
| Length: | 11.3 inches | 12 inches |
| Finish: | Matte black | Matte black |
| Weight: | 13.83 ounces | 15.80 ounces |
| Battery: | None | None |
| Tube: | 30 mm | 30 mm |
| Illumination: | None | None |
| Objective: | 32 mm | 42 mm |
| Reticle: | Mildot | Mildot |
| Eye Relief: | 5.11" | 4.72" |
| MOA: | 1/4" | 1/4" |
| Magnification: | 4 | 6 |





### First Focal Plane 1-4x24

The 1x4 first focal plane is the ideal optical solution for the 3 gun competitor. When you need to get your eye on the target quickly and accurately this scope takes the prize. The reticle lights up in red, blue, and green.

### First Focal Plane 1-8x26

Critical target acquisition is first and foremost with this 1x8 first focal plane scope. When your target is up close or to extended ranges, this scope gets the job done.

### Scope Highlights: First Focal Plane

- *Fog Proof*
- *Water Proof*
- *Mildot Glass Etched Reticle*
- *Lifetime Warranty*



## PISTOL SCOPE



### 2-7x32 MDG

Crystal clear bright optics combined with unparceled eye-relief even on high power, quick acquisition, generous eye-box, 2-7 magnification and three color lit reticle.

## CROSSBOW SCOPE



### 4x32 CB

The cross bow 4x32 with 3 color multi brightness light reticle comes with dust covers and rings.



# REFLEX SIGHTS





### MINI ORDS

Simple quick and on target. This reflex sight gives you 11 brightness settings allowing the optimum sight in relations to your environment. Auto brightness control sensor.



### MICRODOT

The perfect size for your pistol or great for those rifles when you need a fast effective up close shot with a 3 MOA.



### 3X MAGNIFIER

The 3X adjustable focus magnifier is the perfect addition to your reflex sight. Comes with flip to side and quick release mount.



### HGMRQR



Osprey's premier reflex sight comes with a large (40mm) field of view and is built with ruggedness to handle all your various firearms options. Great for shotguns, rifles, pistols and cross bows. Comes with 4 reticle options with 2 color push button control. Also comes with quick release detachment options and 2 colors with push button brightness control. Great for situational shooting scenarios. Comes with auto brightness control sensor.

### DSMRQR



One of Osprey's main stay reflex sights. Giving you the same great quality you expect from Osprey. Comes with 4 reticle options and 3 colors with push button brightness control. Also comes with quick release detachment visibility. Great for situational shooting scenarios. Comes with quick release detachment auto brightness control sensor.

### RSMRQR



Our newest reflex sight. Comes with 4 optional reticles and 2 optional colors. The multi brightness control enhances your visibility. Great for situational shooting scenarios. Comes with quick release detachment auto brightness control sensor.

*THE PROOF IS IN THE GLASS*

## LASERS



### COMPACT GREEN LASER

The CP green laser has a 3 point touch system. It will allow you to turn it on by touching the pressure points which are located on both sides of the laser housing. Press it again and it will go into the strobe mode. Pressing again will turn it off.



### RAIL GREEN LASER

The green rail laser is perfect to track targets and great for home defense. The on off and strobe function is designed for easy operation. Push the tab bar left or right and it will turn on or strobe. Center position is off.



### RIFLE GREEN LASER

The osprey rifle green laser comes with a pressure pad or on/off activator switch. Also Included is a rifle mount. This laser is 5 milliwatt and visible for 100 yards in daylight.



### MINI RED LASER

This Osprey Mini Red Laser is the perfect quick addition to any firearm. The extra bright red laser has a four-point alignment system for improved accuracy and ease of calibration. Osprey made the casing and electronic components shock resistant, engineered to withstand tough conditions.



### ULTRA THIN RED LASER

This ultra thin mini red laser is designed to mount directly to your firearm. It can be controlled by constant ON/OFF button or wire pressure switch.



### RIFLE BLUE LASER

The blue rifle laser works great in higher and lower temperature conditions. This laser has 4 times the battery life compared to the green laser and will let you stand out with the blue violet color.

|  | Compact Green Laser | Rail Green Laser | Mini Red Laser | Ultra Thin Red Laser | Blue Rifle Laser | Green Rifle Laser |
|---|---|---|---|---|---|---|
| Length: | 1.9 inches | 2.5 inches | 1.125 inches | 2.4 inches | 3.5 inches | 5 inches |
| Finish: | Matte black | Matte black | Glossy black | Aircraft aluminum | Matte black | Matte black |
| Weight: | 2.4 ounces | 1.57 ounces | 1.1 ounces | 1.12 ounces | 3.7 ounces | 5.53 ounces |
| Battery: | 1 CR2 | 2 x CR 1/3 N | 3 x LR41 | 3 x LR441 | CR123A lithium | CR123A lithium |
| Height: | 1.7 inches | 0.8 inches | 1 inch | .75 inches | 1.5 inches | 1.32 inches |
| LED Laser: | Green 5 milliwatt | Green 5 milliwatt | Red | Red | Blue | Green |

## LIGHTS



### BATTLEGRIP GREEN LASER

The Osprey tactical vertical grip with integrated laser and flashlight and weaver style mount will give you the advantage. This fore grip has its arsenal including a 500 lumen light with a map light and green laser with trigger control. A must for your tactical gear.

### BATTLEGRIP BLUE LASER

Osprey's Vertical Foregrip / battlegrip lighting system, designed to mount to the underside of your rifle's fore end (standard Mil 1913 picatinny or weaver rail). Osprey's Foregrip / battlegrip lighting system provides exceptional weapon control, visibility with dazzling 750 lumens of incandescent beam, strobe feature, pilot light for easy navigation, and dead on accuracy.







### GREEN LASER LIGHT COMBO

The Osprey Green Laser and Flashlight Combo has been designed to be the perfect tool for any tactical operation. This laser sight from Osprey is made using insanely long lasting materials that are guaranteed to last for an incredibly long time. For a great way to zero in on your target, choose the Osprey Green Laser and Flashlight Combo Sight.

### FL-OSP-230 TACTICAL LIGHT

230 Lumen Tactical Flashlight with quick release mount. Durable aluminum alloy and slide switch.

### FL-OSP-600 TACTICAL LIGHT

600 Lumen Tactical Flashlight with optional on/off button or pressure switch controls. 3 brightness settings as well as a strobe feature.



### LASER DESIGNATOR

This laser has the ability to cover your target from head to toe with its adjustable coverage. Comes with 3 reticle inserts and great for the Coyote hunter.

|  | Green Battlegrip Laser Light | Blue Battlegrip Laser Light | Green Laser Light Combo | FL-OSP-230 Tac Light | FL-OSP-600 Tac Light | Laser Designator |
|---|---|---|---|---|---|---|
| Length: | 7.5 inches | 7.5 inches | 3.3 inches | 3.15 inches | 5.63 inches | 6.3 inches |
| Finish: | Matte black | Matte black | Matte black | Matte black | Matte black | Matte black |
| Weight: | 20 ounces | 20 ounces | 5 ounces | 3 ounces | 5.43 ounces | 8.96 ounces |
| Battery: | 3 x CR123A lithium | 3 x CR123A lithium | 2 x CR123A lithium | CR123A lithium | 2 x CR123A lithium | CR123A lithium |
| Lumens: | 500 | 750 | 200 | 230 | 600 | N/A |
| Bulb: | CREE Q5 LED | CREE Q5 LED | 3 watt LED | CREE XPE R3 LED | CREE XML U2 LED | N/A |
| LED Laser: | Green | Blue | Green 5 milliwatt | N/A | N/A | Green 5 milliwatt |

# BINOCULARS







### 10-22x50 BINOCULARS

- Black Matte
- Waterproof, Fog Proof
- Argon gas filled
- Fully Multi Coated Lens
- Comes with case and lens cover
- Lifetime Warranty

### 10x42 BINOCULARS

- Waterproof/Fog Proof
- Fully multi-coated lens
- Bak-4 Prism
- Argon gas filled
- Finish: Rubber coated / Black Matte
- Comes with case and lens cover
- Lifetime Warranty

### 8x34 BINOCULARS

- Fog proof, Waterproof
- Argon gas filled
- Rubber coated
- Bak-4 Prism
- Fully Multi Coated Lens
- Comes with case and lens cover
- Lifetime Warranty

*Great for hunting, boating, fishing, camping, and sporting events*





**10x26 BINOCULARS**
- Black Matte
- Bak-4 Prism
- Waterproof, Fog Proof
- Fully Multi Coated Lens
- Comes with case and lens cover
- Lifetime Warranty



**10x25  BINOCULARS**
- Black Matte or Camouflage
- Waterproof, Fog Proof
- Fully Multi Coated Lens
- Comes with case
- Lifetime Warranty



**7x50 BINOCULARS**
- Black/blue or Black/yellow
- Waterproof, dust proof, weatherproof
- Nitrogen filled to eliminate fog in all conditions
- Internal Rangefinding Scale
- Illuminated Directional Compass
- Hi-Index Bak-4 Prism
- Rubber coated
- Lifetime Warranty



**7-15x35 BINOCULARS**
- Black Matte
- Bak-4 Prism
- Waterproof, Fog Proof
- Fully Multi Coated Lens
- Comes with case and lens cover
- Lifetime Warranty

*CLEAR-RUGGED-PRECISE*



   

**CP .308 BDC, CP 7.62X39 BDC, CP 223 BDC, CP 30-06 BDC**

**GREEN GRIP POD**
**BLACK GRIP POD**
**TAN GRIP POD**



   

**TA .223 BDC, TA .308 BDC, TA 7.62x39 BDC, TA .30-06 BDC**

**GREEN SLINGS**
**BLACK SLINGS**
**TAN SLINGS**



### PHOTOS COMING SOON

- 30 MM Rings
- 1" Rings
- X-high, High, Medium and Low Mounts

**3 INCH SUNSHADE**
**5 INCH SUNSHADE**



**1/2 INCH RISER**
**3/4 INCH RISER**



**480 RINGS WITH RAIL LOW**



**484 RINGS WITH RAIL HIGH**



**ONE PIECE MOUNT**



**PISTOL RAIL MOUNT**



**CARRY HANDLE MOUNT**



**QUAD RAIL**



# OSPREY GLOBAL
# BORESIGHTS



## RIFLE BORESIGHTS



**50 cal**　　**12 gauge**　　**20 gauge**　　**300 WIN**　　**30-06**　　**8mm**

**7.62 x 54**　　**30-30**　　**22-250**　　**308**　　**223**　　**7.62 x 39**



### Osprey BoreSight Overview:

Keith Oliver is the first inventor of the chamberable boresight.

Patent# 6,622,414
        RE 429,40

The Osprey Laser Boresight System is the most precise, fastest, and most cost effective method to accurately sight your weapon.

A laser dot, which has been precisely calibrated in the cartridge, is projected down the barrel.

We will get you within 1.5" of dead center.

## PISTOL BORESIGHTS



**45 Colt**      **44 Remington**



**38 Special**      **9 mm**



Round table dinner after
working long hours at our factory





### DIGITAL NIGHT VISION SCOPE
Take photos and record videos with the Night Vision Monocular.

- Rechargeable 1.5 hour battery life
- Magnification is 5x
- Observe up to 200 meters
- Weight: 400 grams
- Objective diameter: 40 mm

*THE PROOF IS IN THE GLASS*



## LIFETIME WARRANTY



At Osprey Global, we will repair or replace your Osprey product in the event it becomes damaged or defective—at no charge to you. If we cannot repair your product, we will replace it with a product in perfect working order of equal or better physical condition.

You see, it doesn't matter how it happened, whose fault it was, or where you purchased it. You can count on our warranty for all Osprey Global rifle scopes, tactical scopes, compact, first focal planes, red dots, lasers, binoculars, bore sights, and accessories.

- Lifetime Warranty
- Fully transferable
- No warranty card to fill out
- No receipt needed

## ONLINE DEALERS

www.bluegrassoptics.com
www.fastfireoptics.com
www.opticsarmory.com
www.opticsplanet.com
www.opticspower.com
www.kingscopes.com








Optics Power is an authorized distributor for Osprey Global. From the perspective of a small business owner in a highly competitive business, Osprey Global is truly a cut above the rest. It starts with Osprey's endless commitment to a higher standard and a never-ending focus on our customers' complete satisfaction.

The first day Optics Power opened its doors, the entire Osprey team was there to make sure our new business would succeed. From world class training, to providing us with optics that are perfectly suited to our customers' demands, they have been there for us. Being in sales for over 25 years and owning various businesses, we were able to quickly identify that Osprey is a company that truly cares about its family of distributors.

This commitment naturally has carried over into everything Osprey does, from creating a product line that's been a remarkable success, to R&D, to making sure our demanding customers are provided superior customer service.

Osprey Global has simply made owning and operating a small business "fun" again! My personal feeling is Osprey will be here for the long haul. How do we know this? The overwhelming customer satisfaction and the skyrocketing demand that increases every single day we open our doors for business!

**Christopher Tollette & Nia Scafidi**
*Optics Power*

When I started working for Osprey I was hired as the office manager. I not only learned the ins and outs of the company but I was amazed at how Mr. Oliver didn't treat us like we were just employees, he treated us as if we were family! My husband and I were presented the opportunity to move to Las Vegas and cover gun shows out west. After I had my baby we moved back south to Alabama where we currently cover shows. The thing I enjoy most when it comes to the gun shows is building relationships with customers, hearing the great feedback and selling one of the most outstanding scopes on the market today! The day I started working for Osprey is the day my life changed forever; I met Mr. Oliver whom is now like a father to me, I became part of the amazing family we have at Osprey, and I get to travel all over the country selling one of the most versatile and proven scopes on the market! Not only do I enjoy selling these outstanding optics but I like to use them personally, from the range to hunting, it never ceases to amaze me how durable, clear and unique these scopes really are! I feel like I have a dream job and can't wait to spend many more years as part of the osprey team! Happy shooting!!

**Niki Smyth**



Stan and Rhonda are Osprey reps that enjoy covering multiple states including Arizona, Nevada, Texas, New Mexico, Washington, and Alaska. Their knowledge and enthusiasm about the Osprey product line is easily transferred over to their crew leaders. Leaders Kylan Asher, Victor Calderon, and Chris Calderon cover the states Nevada, Texas, Arizona, and New Mexico. The state of Washington is covered by Michael & Nichole Aguilera, while Chase Powers and Kasey Haas fulfills Alaska's optical needs.





As a longtime owner/user of 'expensive' scopes, I was a bit leery about purchasing an Osprey because it was so much less expensive than my usual scopes. My local Osprey dealer, Niki Smyth, convinced me to give Osprey a try so I bought a TA 6-24x50 IRF and tried it on my T/C Encore in 22-250. I liked it so much I moved the 6-24x50 to a bolt-action .223 and purchased an Osprey TA 10-40x50 IRF for the .22-250. Both work great. My latest experiment was to purchase an Osprey 4-16x50 IRF for my Rem 700 7mm Rem Ultra Mag. I've shot it enough to be confident that it still functions properly even after the pounding it has taken from the hard-kicking rifle. Best of all, the combined cost of all three scopes was about what I would normally have spent for just one of my usual brands.

A very satisfied customer,
**Stan Kullman**





My name is Duncan Stone I am a competitive shooter and 12 year veteran of the United States Army. As a competitive shooter I demand a lot out of my weapon systems and optics. As a sniper scout in the US Military we demanded the best out of our weapon systems and optics. So for me to tell you that Osprey Global Optics is the only optic on the market would be wrong. But what I will tell you, is that Osprey Global has a lifetime warranty on their product and they stand behind product if something fails or goes wrong.

I have personally purchased the 10 X 40 X 50 Mil Dot and have had great success with the optic. The glass is clear and reticle is very crisp and holds the clarity through the power magnification. I own optics that cost much more and yes they all have their selling point. But the Osprey Global optic has its selling points also, it will hold zero with some of the brand name optics out there on the market now. I have this optic mounted on a LR 308 and it is shooting sub MOA groups at 200m and I have proof of a good group rapid fire at 400m which is included in this letter. So for any of you having second thoughts please consider this you can spend as much as $3,000.00 for a brand name optic for a weapon you may never fire over 500m or you can spend a little less money and have money for the range. I can only say pick it up look through it and decide for yourself you will be amazed that you did not spend $2,300.00 for a name.

Sincerely,
**Duncan C. Stone**

## *THE PROOF IS IN THE GLASS*





## DON'T TAKE OUR WORD FOR IT, LISTEN TO THE VARMINT HUNTER!

Osprey scopes are what they say "Clear – Rugged – Precise". I have Osprey scopes that have been on multiple rifles over the last ten years; with many thousands of rounds fired through each. They are still "Clear – Rugged – Precise". In the last two years I have started changing out my old scopes as they went bad; for Osprey Global scopes. My other scopes gave out and their warranty didn't cover everyday use like Osprey Global scopes lifetime warranty. I dropped a rifle and damaged the scope, "my bad, my fault." I sent the scope to Osprey and told them; I dropped it, can it be fixed, they sent me a new one.



The Hoya lens are the clearest I've EVER used, the 30 mm tube with the illuminated Mildot reticles cover any light conditions I've came across in the field shooting many thousands of varmints. You can't go wrong with Osprey scopes with the quality, reasonable prices, and the way they stand behind their scopes.

**Will Scherer** - *The Varmint Hunter*



# KINGS ENTERPRISE

Kings Enterprise strives to bring clear, rugged, and precise optics into shooters hands at an affordable price. The Osprey Global brand we supply is carefully constructed every step of the way at Osprey's factories where they work hand in hand developing and manufacturing scopes, lasers, reflex sights, and binoculars.

The founder of Osprey, Keith Oliver, visits the factories regularly to maintain a close working relationship to ensure the best quality and production on Osprey Global products. The owner of Kings Enterprise, Jenna King, works alongside them to bring you innovative products through our findings on consumers needs in America.

## THE PROOF IS IN THE GLASS



## VISIT OUR RETAIL LOCATION *TODAY!*

# KINGS ENTERPRISE

*Visit Us*
3775 Sixes Road, Suite H-150
Canton, Georgia 30114

*Call Us*
(770) 345-0001

*Online At*
kingscopes.com

