King's Enterprise  0

| HOME | ABOUT | CONTACT | SHOP |

Home / Grip Pods

### Grip Pods

$19.95

**Colors**

Select

**Quantity**

1

ADD TO CART

The Osprey Bi-pod weapon grip is a bi pod with metal inserts. Also included is a rail for easy attachment for Tac lights or lasers.
Available in tan, black or green.

© 2017 by King's Enterprise