UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GRIP POD SYSTEMS
INTERNATIONAL, LLC, a Delaware
limited liability company,

        Plaintiff,

v.                            Case No:  2:17-cv-270-FtM-99MRM

OSPREY GLOBAL, LLC and KINGS
ENTERPRISE, LLC,

        Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Counts I-XVII Only (Doc. 38) filed on September 25, 2017. Plaintiff seeks to dismiss Counts I-XVII of the Complaint (Doc. 1), without objection from Defendants. Plaintiff seeks to proceed with only Counts XIII-XXII.

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment" or by "a stipulation of dismissal signed by all parties who have appeared." In the Eleventh Circuit, "precedent dictates that Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant; its text does not permit plaintiffs

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

to pick and choose, dismissing only particular claims within an action." *Campbell v. Altec Indus., Inc.*, 605 F.3d 839, 841 n.1 (11th Cir. 2010). As Plaintiff is only seeking to dismiss Counts I-XVII, the voluntary dismissal will be denied. The Notice will be construed as containing an unopposed motion to amend and Plaintiff is granted leave to file an Amended Complaint without Counts I-XVII.

Accordingly, it is now

**ORDERED:**

Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Counts I-XVII Only (Doc. 38) is **DENIED WITHOUT PREJUDICE** and Plaintiff will be granted leave to file an Amended Complaint without Counts I-XVII on or before **October 10, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of September, 2017.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record